THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORDSTROM, INC., a Washington corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>XL INSURANCE AMERICA, INC.; ACE AMERICAN INSURANCE COMPANY; AIG SPECIALTY INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY; and IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　Defendants. | No.: 2:21−cv−00290−RSM<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER AND DEFEND** |

## **STIPULATION**

The parties hereto, defendants XL Insurance America, Inc., ACE American Insurance Company, AIG Specialty Insurance Company, Continental Casualty Company, and Ironshore Specialty Insurance Company and plaintiff Nordstrom, Inc., by and through their respective counsel of record, hereby stipulate and agree that defendants have until May 31, 2021 to file an answer or otherwise respond to plaintiff's Complaint for Declaratory Relief, Breach of Contract, and Damages (Dkt.1) in the above referenced matter.

STIPULATION FOR EXTENSION OF TIME
TO FILE ANSWER AND DEFEND - 1
(2:21−cv−00290−RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

DATED this 31st day of March, 2021.

| | |
|---|---|
| GORDON TILDEN THOMAS & CORDELL LLP<br>**\*\*** *per e-mail authority 3/31/21*<br><br>/s/ Franklin Dennis Cordell<br>Franklin Dennis Cordell, WSBA #26392<br>Michael Rosenberger, WSBA #17730<br>Guinevere Becker Bogusz, WSBA #52937<br>*Attorneys for Plaintiffs* | NICOLL BLACK & FEIG PLLC<br><br>/s/ Curt H. Feig<br>/s/ Matthew C. Erickson<br>Curt H. Feig, WSBA #19890<br>Matthew C. Erickson, WSBA #43790<br>*Attorneys for Defendants ACE American Insurance Company and XL Insurance America, Inc.* |

GORDON THOMAS HONEYWELL LLP
**\*\*** *per e-mail authority 3/31/21*

/s/ Michael E. Ricketts
Michael E. Ricketts, WSBA #9387
*Attorneys for AIG Specialty Insurance Company, Continental Casualty Company, and Ironshore Specialty Insurance Company*

STIPULATION FOR EXTENSION OF TIME
TO FILE ANSWER AND DEFEND - 2
(2:21−cv−00290−RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

**ORDER**

IT IS SO ORDERED.

DATED this 1st day of April, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME
TO FILE ANSWER AND DEFEND - 3
(2:21−cv−00290−RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing document with the Clerk of the Court using the CM/CF system which will send notification of such filing to the following:

> Franklin Dennis Cordell, WSBA #26392
> Michael Rosenberger, WSBA #17730
> Guinevere Becker Bogusz, WSBA #52937
> Gordon Tilden Thomas &Cordell LLP
> 600 University Street, Suite 2915
> Seattle, WA 98101
> 206-467-6477
> Fax: 206-467-6292
> Email: fcordell@gordontilden.com
> Email: mrosenberger@gordontilden.com
> Email: gbogusz@gordontilden.com
> *Attorneys for Plaintiff*
>
> Michael Edward Ricketts, WSBA #9387
> Gordon Thomas Honeywell
> 520 Pike Street, Suite 2350
> Seattle, WA 98101
> 206-676-7500
> Fax: 206-676-7575
> Email: mricketts@gth-law.com
> *Attorneys for Defendants AIG Specialty Insurance Company, Continental Casualty Company, and Ironshore Specialty Insurance Company*

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 31, 2021, at Seattle, Washington.

> */s/ Curt H. Feig*
> Curt H. Feig, WSBA #19890

STIPULATION FOR EXTENSION OF TIME
TO FILE ANSWER AND DEFEND - 4
(2:21−cv−00290−RSM)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515