| | |
|---|---|
| 1 | THE HONORABLE RICARDO S. MARTINEZ |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORDSTROM, INC., a Washington corporation, | NO. 2:21-cv-00290 RSM |
| Plaintiff, | SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER AND DEFEND |
| v. | |
| XL INSURANCE AMERICA, INC.; ACE AMERICAN INSURANCE COMPANY; AIG SPECIALTY INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY; and IRONSHORE SPECIALTY INSURANCE COMPANY, | Note on Motion Calendar: Wednesday, May 26, 2021 |
| Defendants. | |

## STIPULATION

The parties hereto, defendants XL Insurance America, Inc., ACE American Insurance Company, AIG Specialty Insurance Company, Continental Casualty Company, and Ironshore Specialty Insurance Company and plaintiff Nordstrom, Inc., by and through their respective counsel of record, hereby stipulate and agree that defendants have until June 15, 2021 to file an answer or otherwise respond to plaintiff's Complaint for Declaratory Relief, Breach of Contract, and Damages (Dkt.1) in the above referenced matter.

SECOND STIPULATION FOR EXTENSION
OF TIME TO ANSWER AND DEFEND - 1 of 4
(NO. 2:21-cv-00290 RSM)
[4833-5266-4288]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
520 Pike Street, Suite 2350
SEATTLE, WASHINGTON 98101
(206) 676-7500 - FACSIMILE (206) 676-7575

Dated this 27th day of May, 2021.

| GORDON TILDEN THOMAS & CORDELL LLP<br>*Per email authority on 5-26-21*<br><br>/s/Franklin D. Cordell<br>Franklin Dennis Cordell, WSBA 26392<br>Michael Rosenberger, WSBA 17730<br>Guinevere Becker Bogusz, WSBA 52937<br>Email: fcordell@gordontilden.com<br>Email: mrosenberger@gordontilden.com<br>Email: gbogusz@gordontilden.com<br>*Attorneys for Plaintiffs* | NICOLL BLACK & FEIG PLLC<br>*Per email authority on 5-26-21*<br><br>/s/Curt H. Feig<br>Curt H. Feig, WSBA 19890<br>Matthew C. Erickson, WSBA 43790<br>Email: cfeig@nicollblack.com<br>Email: merickson@nicollblack.com<br>*Attorneys for Defendants ACE American Insurance Company and XL Insurance America, Inc* |
|---|---|
| GORDON THOMAS HONEYWELL LLP<br><br>/s/ Michael E. Ricketts<br>Michael E. Ricketts, WSBA 9387<br>Email: mricketts@gth-law.com<br>*Attorneys for Defendant AIG Specialty Insurance Company, Continental Casualty Company, and Ironshore Specialty Insurance Company* | |

SECOND STIPULATION FOR EXTENSION
OF TIME TO ANSWER AND DEFEND - 2 of 4
(NO. 2:21-cv-00290 RSM)
[4833-5266-4288]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
520 Pike Street, Suite 2350
SEATTLE, WASHINGTON 98101
(206) 676-7500 - FACSIMILE (206) 676-7575

**ORDER**

IT IS SO ORDERED.

Dated this 28th day of May, 2021.

*(signature)*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

SECOND STIPULATION FOR EXTENSION
OF TIME TO ANSWER AND DEFEND - 3 of 4
(NO. 2:21-cv-00290 RSM)
[4833-5266-4288]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
520 Pike Street, Suite 2350
SEATTLE, WASHINGTON 98101
(206) 676-7500 - FACSIMILE (206) 676-7575

# DECLARATION OF SERVICE

I hereby certify that on May 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Franklin Dennis Cordell, WSBA #26392
Michael Rosenberger, WSBA #17730
Guinevere Becker Bogusz, WSBA #52937
Gordon Tilden Thomas &Cordell LLP
600 University Street, Suite 2915
Seattle, WA 98101
Email: fcordell@gordontilden.com
Email: mrosenberger@gordontilden.com
Email: gbogusz@gordontilden.com
*Attorneys for Plaintiff*

Curt H. Feig, WSBA #19890
Matthew C. Erickson, WSBA #43790
NICOLL BLACK & FEIG
A Professional Limited Liability Company
1325 Fourth Ave., Suite 1650
Seattle, WA 98101
Email: cfeig@nicollblack.com
Email: merickson@nicollblack.com
*Attorneys for Defendants ACE American Insurance Company and XL Insurance America, Inc*

 /s/Kimberly Harmon
Kimberly Harmon, Legal Assistant
GORDON THOMAS HONEYWELL LLP

SECOND STIPULATION FOR EXTENSION
OF TIME TO ANSWER AND DEFEND  - 4 of 4
(NO.  2:21-cv-00290 RSM)
[4833-5266-4288]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
520 Pike Street, Suite 2350
SEATTLE, WASHINGTON  98101
(206) 676-7500 -  FACSIMILE (206) 676-7575